# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2012

144068 & (18)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

SC: 144068
COA: 305809
Leelanau CC: 10-001686-FH

ELLEN CLARA WATSON,
Defendant-Appellant.

_____/

By order of April 18, 2012, the prosecuting attorney was directed to answer the application for leave to appeal the October 12, 2011 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

_____
Clerk

p0618